AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

JAMAL WARREN
Plaintiff

V.

LAWRENCE M. SULLIVAN - BRADLEY V. MANNING
Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 07 - 102

I, JAMAL WARREN, declare that I am the (check appropriate box)

• • Petitioner/**Plaintiff**/Movant      • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   • **Yes**   • •No   (If "No" go to Question 2)

   If "YES" state the place of your incarceration HOWARD R. YOUNG CORRECTION INSTITUTE

   Inmate Identification Number (Required): 349312

   Are you employed at the institution? NO   Do you receive any payment from the institution? NO

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?   • •Yes   • **No**

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | • • Yes | • **No** |
   | b. | Rent payments, interest or dividends | • • Yes | • **No** |
   | c. | Pensions, annuities or life insurance payments | • • Yes | • **No** |
   | d. | Disability or workers compensation payments | • • Yes | • **No** |
   | e. | Gifts or inheritances | • • Yes | • **No** |
   | f. | Any other sources | • • Yes | • **No** |

   If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive.

[Filed stamp: 2007 FEB 21 PM 4:00 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE]

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4.  Do you have any cash or checking or savings accounts?    ·  · Yes    · (No)

   If "Yes" state the total amount $_____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?
   ·  · Yes    · (No)

   If "Yes" describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state (NONE) if applicable.

I declare under penalty of perjury that the above information is true and correct.

_____    _____
DATE    SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
RESIDENT HISTORY REPORT                                          Page 1 of 1

HRYCI
12/21/06 11:28
ST 006 / OPR BSP

SBI             :  349312
Resident Name   :  WARREN, JAMAR                                07-102
Time Frame      :  02/05/2004 14:25 - 12/21/2006 11:28

----------------------------------------------------------------------------
Date        Time    Type            ST   OPR   Receipt #   Amount    Balance
----------------------------------------------------------------------------

02/05/2004  14:25   Intake          6    SZG   F442        162.13    162.13
02/11/2004  10:29   Close           6    PLF   F602        162.13      0.00
03/31/2005  17:21   Reopen          5    MDF   E7373       167.26    167.26
04/04/2005  08:38   Order           2    DDT   B58135       18.38    148.88
04/07/2005  14:22   Credit          9    WLH   I2888        18.38    167.26
04/07/2005  14:24   Close           6    kjg   F10567      167.26      0.00
06/29/2005  12:48   Reopen          5    DMF   E9048        35.00     35.00
07/05/2005  14:15   Order           2    DDT   B69970       25.99      9.01
07/11/2005  08:47   Order           2    DDT   B70681        8.46      0.55
07/13/2005  13:07   Add             8    RP    H13575       40.00     40.55
07/19/2005  09:15   Order           2    DDT   B71944       32.24      8.31
07/20/2005  14:34   Credit          9    WLH   I3895         2.57     10.88
07/26/2005  07:52   Order           2    DDT   B72976       10.88      0.00
07/29/2005  12:39   Credit          2    WLH   B73366       10.88     10.88
07/29/2005  12:47   Order           2    WLH   B73367       10.88      0.00
08/03/2005  13:20   Add             8    RP    H14026       15.00     15.00
08/10/2005  05:47   Order           2    DDT   B74859       14.61      0.39
08/29/2005  11:42   Add             4    SEA   D31293       25.00     25.39
08/31/2005  05:52   Order           2    WLH   B77877       22.46      2.93
09/02/2005  10:59   Credit          3    WLH   C8482        22.46     25.39
09/07/2005  12:32   Close           6    kjg   F13910       25.39      0.00
11/07/2005  18:23   Reopen          5    lb    E11481       45.02     45.02
11/15/2005  10:06   Order           2    DDT   B88267       16.83     28.19
11/22/2005  05:45   Order           2    DDT   B89259        7.77     20.42
11/23/2005  12:31   Credit          3    WLH   C9644         1.05     21.47
11/30/2005  06:45   Order           2    DDT   B90478       20.90      0.57
11/30/2005  11:42   Add             4    SEA   D37177       20.00     20.57
12/07/2005  07:21   Order           2    DDT   B91483       20.47      0.10
02/27/2006  10:03   Add             5    kcd   E13554      314.03    314.13
03/03/2006  09:47   Close           6    kjg   F17256      314.13      0.00
11/29/2006  12:00   Add             4    J     D59066       25.00     25.00
12/05/2006  15:16   Rec Payment    10    bsp   J7093         3.50     21.50
12/07/2006  11:51   Add             4    SED   D59539       40.00     61.50
12/11/2006  10:57   Order           2    DDT   B145804      40.18     21.32
12/21/2006  11:27   Rec Payment    10    bsp   J7522         3.25     18.07
```

AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

JAMAL WARREN
_____ Plaintiff

V.

LAWRENCE M. SULLIVAN — BRADLEY V. MANNING
_____ Defendant(s)

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: 07-102

RECEIVED MAR -2 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

BD scanned

I, JAMAL WARREN _____ declare that I am the (check appropriate box)

•• Petitioner (Plaintiff) Movant     •• Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     •(Yes)   • No    (If "No" go to Question 2)

   If "YES" state the place of your incarceration HOWARD R. YOUNG CORRECTION INSTITUTE

   Inmate Identification Number (Required): 349312

   Are you employed at the institution? NO   Do you receive any payment from the institution? NO

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?   •• Yes   •(No)

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment     •• Yes   •(No)
   b. Rent payments, interest or dividends              •• Yes   •(No)
   c. Pensions, annuities or life insurance payments    •• Yes   •(No)
   d. Disability or workers compensation payments       •• Yes   •(No)
   e. Gifts or inheritances                             •• Yes   •(No)
   f. Any other sources                                 •• Yes   •(No)

   If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4.  Do you have any cash or checking or savings accounts?   • • Yes   • (No)

   If "Yes" state the total amount $_____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?
   • • Yes   • (No)

   If "Yes" describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state (NONE) if applicable.

I declare under penalty of perjury that the above information is true and correct.

2-27-07                          James Warren
DATE                             SIGNATURE OF APPLICANT

NOTE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.



Jamar T. Warren #349312
P.O. Box 996
[postmark: Wilmington, DE 19850  MAR 2007]

Peter T. Dalleo
(Clerk of Court)
Lock Box 18
844 King Street
U.S. Courthouse
Wilm, DE, 19801



U.S.M.S.
X-RAY