(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) ~~KENT STOKES     199023~~
(Name of Plaintiff)     (Inmate Number)

~~P.O. BOX 9561, WILMINGTON, DE 19809~~
(Complete Address with zip code)

(2) JAMAR WARREN   349312
(Name of Plaintiff)     (Inmate Number)

P.O. BOX 9561 WILMINGTON, DE 19809
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) LAWRENCE M. SULLIVAN
(2) BRADLEY V. MANNING
(3) _____
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

07 - 102
(Case Number)
( to be assigned by U.S. District Court)

CIVIL COMPLAINT

• • Jury Trial Requested

2007 FEB 21 PM 4:02
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I.  PREVIOUS LAWSUITS

A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

N/A

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? • (Yes) • •No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? • (Yes) • •No

C. If your answer to "B" is Yes:

1. What steps did you take? I HAVE WROTE THE OFFICE OF DISCIPLINARY NUMEROUS LETTERS REGARDING MR. BRADLEY MANNING TO HIS SUPERVISOR: LAWRENCE M. SULLIVAN.

2. What was the result? NO ACTION HAS BEEN TAKEN

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: LAWRENCE M. SULLIVAN

Employed as PUBLIC DEFENDER at OFFICE OF PUBLIC DEFENDER

Mailing address with zip code: ELBERT N. CARVEL STATE BUILDING 820 NORTH FRENCH STREET, - 3RD FL.- P.O. BOX 8911, WILM, DE 19801

(2) Name of second defendant: BRADLEY V. MANNING

Employed as ASST. PUBLIC DEFENDER at OFFICE OF PUBLIC DEFENDER

Mailing address with zip code: ELBERT N. CARVEL STATE BUILDING 820 NORTH FRENCH STREET, - 3RD FL- P.O. BOX 8911, WILM, DE 19801

(3) Name of third defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. PUBLIC DEFENDER, DOES NOT COMMUNICATE AT ALL WITH PLAINTIFF, AND ONLY SEES HIM AT COURT. WHILE FAILING TO INFORM HIM ON STATUS, OR SUBJECT MATTER OF CASE.

2. PUBLIC DEFENDER WAS FAILED TO RESPOND TO ANY AND ALL COMMUNICATION EFFORTS BY PLAINTIFF, BY CALLING PUBLIC DEFENDERS OFFICE, LEAVING VOICE MAIL MESSAGES OR LETTERS.

3. SINCE PLAINTIFF'S INCARCERATION 21 NOVEMBER 2006 AND THROUGH DURATION PLAINTIFF WAS SEEN PUBLIC DEFENDER ONLY ON DAY OF COURT

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I WANT TO MAINTAIN A STEADY LINE OF COMMUNICATION REGARDING ALL CASE MATTER, WITH PUBLIC DEFENDER AND FOR PUBLIC DEFENDER TO RESPOND TO CORRESPONDENTS FROM PLAINTIFF.

3

2. I WANT MY MATTERS HANDLED WITH THE CARE TO PROFESSIONAL ETHICS, AND ATTITUDE OF CONDUCT TO BE HONORED, BY THE OATH RENDERED BY THE BAR ASSOCIATION, OF SERVICES PROVIDED FOR CLIENTS.

3. FOR HIM TO RECEIVE A WRITTEN REPRIMAND, AND SUPENSION OF PRACTICE

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____ day of _____, 2_____.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4



JAMAR T. WARREN
SBI# 340310
HOWARD R. YOUNG CORRECTIONAL
P.O. BOX 9561
WILMINGTON, DE 19809

CLERK
U.S. DISTRICT COURT
LOCKBOX 18
844 NORTH KING STREET
WILMINGTON, DE 19801



LEGAL MAIL

Dear Mr. Peter Dalleo,     07-101     02·12·07

Please make the appropriate copies for the defendants for I have attempted to copy such and I do not have any money on my account.
                    Thank you

And for me to.
2C cell 17
2S.B.I 199023

Sincerely yours,
Kent Hoker

2007 FEB 21 PM 3:41
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

(1) ~~KENT STOKES~~   ~~199023~~
   (Name of Plaintiff)     (Inmate Number)

~~P.O. BOX 9561, WILMINGTON, DE 19809~~
   (Complete Address with zip code)

(2) JAMAR WARREN   349312
   (Name of Plaintiff)     (Inmate Number)

P.O. BOX 9561 WILMINGTON, DE 19809
   (Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) LAWRENCE M. SULLIVAN
(2) BRADLEY V. MANNING
(3) _____
   (Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

07 - 102
(Case Number)
( to be assigned by U.S. District Court)

**CIVIL COMPLAINT**

• • Jury Trial Requested

RECEIVED
MAR -2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

I. **PREVIOUS LAWSUITS**

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned.

N/A

II.  **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.  Is there a prisoner grievance procedure available at your present institution?  • (Yes)  • •No

B.  Have you fully exhausted your available administrative remedies regarding each of your present claims?  • (Yes)  • •No

C.  If your answer to "B" is Yes:

1.  What steps did you take? I HAVE WROTE THE OFFICE OF DISCIPLINARY NUMEROUS LETTERS REGARDING MR. BRADLEY MANNING TO HIS SUPERVISOR: LAWRENCE M. SULLIVAN.

2.  What was the result? NO ACTION HAS BEEN TAKEN

D.  If your answer to "B" is No, explain why not: _____

III.  **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: LAWRENCE M. SULLIVAN

Employed as PUBLIC DEFENDER at OFFICE OF PUBLIC DEFENDER

Mailing address with zip code: ELBERT N. CARVEL STATE BUILDING 820 NORTH FRENCH STREET, - 3RD FL. - P.O. BOX 8911, WILM, DE 19801

(2) Name of second defendant: BRADLEY V. MANNING

Employed as ASST. PUBLIC DEFENDER at OFFICE OF PUBLIC DEFENDER

Mailing address with zip code: ELBERT N. CARVEL STATE BUILDING 820 NORTH FRENCH STREET, - 3RD FL - P.O. BOX 8911, WILM, DE 19801

(3) Name of third defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. PUBLIC DEFENDER, DOES NOT COMMUNICATE AT ALL WITH PLAINTIFF, AND ONLY SEES HIM AT COURT. WHILE FAILING TO INFORM HIM ON STATUS, OR SUBJECT MATTER OF CASE.

2. PUBLIC DEFENDER HAS FAILED TO RESPOND TO ANY AND ALL COMMUNICATION EFFORTS BY PLAINTIFF, BY CALLING PUBLIC DEFENDERS OFFICE, LEAVING VOICE MAIL MESSAGES OR LETTERS.

3. SINCE PLAINTIFF'S INCARCERATION 21 NOVEMBER 2006 AND THROUGH DURATION PLAINTIFF HAS SEEN PUBLIC DEFENDER ONLY ON DAY OF COURT

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I WANT TO MAINTAIN A STEADY LINE OF COMMUNICATION REGARDING ALL CASE MATTER, WITH PUBLIC DEFENDER AND FOR PUBLIC DEFENDER TO RESPOND TO CORRESPONDENTS FROM PLAINTIFF.

3

2. I WANT MY MATTERS HANDLED WITH THE CARE TO PROFESSIONAL ETHICS, AND ATITUDE OF CONDUCT TO BE HONORED, BY THE OATH RENDERED BY THE BAR ASSOCIATION, OF SERVICES PROVIDED FOR CLIENTS.

3. FOR HIM TO RECEIVE A WRITTEN REPRIMAND, AND SUPENSION OF PRACTICE

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 27th day of February, 2007

_Jamar Warren_
(Signature of Plaintiff 1)

(Signature of Plaintiff 2)

(Signature of Plaintiff 3)

4

JAMAR T. WARBEN
SBI# 349310
HOWARD R. YOUNG CORRECTIONAL
WILMINGTON, DE 19850
P.O. BOX 9561
WILMINGTON, DE 19809

CLERK
U.S. DISTRICT COURT
LOCKBOX 18
844 NORTH KING STREET
WILMINGTON, DE 19801

X-RAY
U.S.M.S.

LEGAL MAIL