OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

February 22, 2007

TO:  Jamar Warren
     SBI #349312
     Howard R. Young Correctional Institution
     P.O. Box 9561
     Wilmington, DE 19809

  *RE:*  New Complaint and Pauper Application, CA 07-102

Dear Mr. Warren:

   It appears, perhaps incorrectly, that you are attempting to file a new civil complaint. In that the complaint and pauper application have not been signed by you, we must return a copy to you for signature and return to the Clerk's Office, before any further action can be taken.

   You must sign **both** the Complaint and the in forma pauperis petition if you are proceeding as a pro se litigant. Any corrections, strikeouts etc., should be initialed by you.

   Within 7 days of receipt, please return the signed documents to the Clerk of Court, U.S. District Court, 844 N. King Street, Lockbox 18, Wilmington, DE 19801.

   Nothing contained in this letter is intended to express an opinion as to the merits of any claims you may be alleging.

                                        Sincerely,

/rbe                                    PETER T. DALLEO
                                        CLERK

cc: CA 07-102 UNA