IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMAR WARREN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 07-102-SLR |
| LAWRENCE M. SULLIVAN and BRADLEY V. MANNING, | ) ) ) |
| Defendants. | ) |

**AUTHORIZATION**

FILED
MAR 1 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I, Jamar Warren, SBI #348312, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $2.17 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated ___March 1___, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: ___MARCH 8th___, 2007.

_Jamar Warren_
Signature of Plaintiff

Jamar Warren #349312
P.O. Box 9561
Wilm, De. 19809

Office of the Clerk
United States District Court
844 N. King St. Lockbox 18
Wilm, De. 19801-3570

WILMINGTON DE 197
09 MAR 2007 PM 1 L

